(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>WESTERN DISTRICT OF NEW YORK | Voluntary Petition |
|---|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Pohle, Mark | | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Tax I.D. No. (if more than one, state all):<br>2310 | | Last four digits of Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>9980 Transit Road<br>East Amherst, NY 14051 | | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: Erie | | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | | Mailing Address of Debtor (if different from street address):<br><br>04-18769 |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | | |

### Information Regarding the Debtor (Check Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7   ☐ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| Nature of Debts (Check one box) | | Filing Fee (Check one box) |
|---|---|---|
| ☒ Consumer/Non-Business | ☐ Business | ☒ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay the fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to creditors.

| Estimated Number of Creditors | | | | | |
|---|---|---|---|---|---|
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More Than $100 Million |
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More Than $100 Million |
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

This Space For Court Use Only

2004 NOV 30 PM 2: 35  FILED

(Official Form 1) (12/03)                                                           FORM B1, Page 2

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: None | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: None | Case Number: | Date Filed: |
|---|---|---|
| District: None | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _[signature]_
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
_11/18/04_
Date

X _[signature]_ **Signature of Attorney**
Signature of Attorney for Debtor(s)
Murray J. Grashow, Esq.

Printed Name of Attorney for Debtor(s)     Bar ID Number
Grashow & Bakshi

Firm Name
5780 Main Street

Address Williamsville, NY 14221

(716) 634-7400

Telephone Number
11/19/04
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _[signature]_          11/30/04
Signature of Attorney for Debtor(s)      Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

Form 6F (12/03)

| In re Pohle, Mark | Case Number: |
|---|---|
| Debtor. | (If Known) |

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO. 4005<br><br>GMAC Payment Processing Center<br>P.O. Box 830070<br>Baltimore, MD 21283-0070 | | | 2/2001 | | | | $8,371.47 |
| LAST FOUR DIGITS OF ACCOUNT NO. CL05-4<br><br>NYS Assessment Receivables<br>General Post Office<br>P.O. Box 26823<br>New York, NY 10087-6823 | | | 3/2002 | | | | $1,446.67 |
| LAST FOUR DIGITS OF ACCOUNT NO. 1630<br><br>Capital One Bank<br>P.O. Box 85147<br>Richmond, VA 23276 | | | 12/2003 | | | | $5,000.00 |
| LAST FOUR DIGITS OF ACCOUNT NO. 7134<br><br>JC Penney<br>P.O. Box 981131<br>El Paso, TX 79998 | | | 2/2002 | | | | $1,000.00 |
| | | | | | | Subtotal | $15,818.14 |
| _3_ continuation sheets attached | | | | | | Total | $ |

(Report total also on Summary of Schedules)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO. 9135<br><br>Travel Extras<br>Payment Center<br>P.O. Box 17036<br>Baltimore, MD 21297-0448 | | | 8/2003 | | | | $8,000.00 |
| LAST FOUR DIGITS OF ACCOUNT NO. 1444<br><br>AAA Financial Services<br>P.O. Box 15137<br>Wilmington, DE 19886-5137 | | | 2/3004 | | | | $3,900.00 |
| LAST FOUR DIGITS OF ACCOUNT NO. 1037<br><br>Option One Payment Processing<br>P.O. Box 92103<br>Los Angeles, CA 90009-2103 | | | 5/2003 | | | | $250,000.00 |
| LAST FOUR DIGITS OF ACCOUNT NO. 9214<br><br>Discover Bank<br>C/o Law Offices of Cohen & Slamowitz, LLP<br>P.O. Box 9004<br>Woodbury, NY 11797-9004 | | | 9/2004 | | | | $10,050.60 |
| LAST FOUR DIGITS OF ACCOUNT NO.<br><br>Weatherpanel, Inc.<br>C/o Howard Kleiman, Esq.<br>528 Brisbane Building<br>Buffalo, NY 14203 | | | 10/2002 | | | | $6,600.00 |

Sheet no. 1 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $278,550.60

Total (Use only on last page of the completed Schedule F) $

(Report total also on Summary of Schedules)

Form 6F (12/03) - Continued

In re Pohle, Mark    Debtor.    Case Number: _____ (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO. 7177<br><br>Ken-Ton Fabricators, Inc.<br>2505 Main Street<br>Buffalo, NY 14214-2097 | | | 6/2004 | | | | $790.00 |
| LAST FOUR DIGITS OF ACCOUNT NO. Buszka<br><br>Millard, Mac Kay & Delles Land Surveyors LLP<br>150 Aero Drive<br>Buffalo, NY 14225 | | | 7/2003 | | | | $260.00 |
| LAST FOUR DIGITS OF ACCOUNT NO.<br><br>K&R Day Trucking<br>C/o JSG Cash Flow Management, Inc.<br>P.O. Box 238<br>Buffalo, NY 14217 | | | 10/2003 | | | | $2,300.00 |
| LAST FOUR DIGITS OF ACCOUNT NO.<br><br>Twin City Glass Corp.<br>856 Wurlitzer Drive<br>North Tonawanda, NY 14120 | | | 6/2004 | | | | $2,000.00 |
| LAST FOUR DIGITS OF ACCOUNT NO.<br><br>United Drywall<br>C/o Seth Hibbert, Esq.<br>800 Rand Building<br>Buffalo, NY 14203 | | | 7/2004 | | | | $14,000.00 |

Sheet no. 2 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 19,350.00

Total (Use only on last page of the completed Schedule F) $

(Report total also on Summary of Schedules)

Form 6F (12/03) - Continued

In re Pohle, Mark                                    Debtor.          Case Number: _____ (If Known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| LAST FOUR DIGITS OF ACCOUNT NO. <br><br> Pariso Trucking <br> C/o Seth Hibbert, Esq. <br> 800 Rand Building <br> Buffalo, NY 14203 | | | 10/2003 | | | | $4,500.00 |
| LAST FOUR DIGITS OF ACCOUNT NO. <br><br> L.A. Hazard <br> C/o Seth Hibbert, Esq. <br> 800 Rand Building <br> Buffalo, NY 14203 | | | 9/2003 | | | | $10,000.00 |
| LAST FOUR DIGITS OF ACCOUNT NO. 5849 <br><br> Keybank National <br> C/o Weltman, Weinberg, et al <br> 323 W. Lakeside Ave., Ste. 200 <br> Cleveland, OH 44113-1099 | | | 10/2004 | | | | $4,144.64 |
| LAST FOUR DIGITS OF ACCOUNT NO. 0087 <br><br> Nextel Partners, Inc. <br> C/o AWA Collections <br> P.O. Box 6605 <br> Orange, CA 92863-6605 | | | 6/2004 | | | | $1,166.03 |
| LAST FOUR DIGITS OF ACCOUNT NO. | | | | | | | |

Sheet no. 3 of 3 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $19,810.67

Total (Use only on last page of the completed Schedule F) $333,529.41

(Report total also on Summary of Schedules)



GMAC Payment Processing Center
P.O. Box 830070
Baltimore, MD 21283-0070

NYS Assessment Receivables
General Post Office
P.O. Box 26823
New York, NY 10087-6823

Capital One Bank
P.O. Box 85147
Richmond, VA 23276

JC Penney
P.O. Box 981131
El Paso, TX 79998

Travel Extras
Payment Center
P.O. Box 17036
Baltimore, MD 21297-0448

AAA Financial Services
P.O. Box 15137
Wilmington, DE 19886-5137

Option One Payment Processing
P.O. Box 92103
Los Angeles, CA 90009-2103

Discover Bank
C/o Law Offices of Cohen & Slamowitz, LLP
P.O. Box 9004
Woodbury, NY 11797-9004

Weatherpanel, Inc.
C/o Howard Kleiman, Esq.
528 Brisbane Building
Buffalo, NY 14203

Ken-Ton Fabricators, Inc.
2505 Main Street
Buffalo, NY 14214-2097



Millard, Mac Kay & Delles Land Surveyors LLP
150 Aero Drive
Buffalo, NY 14225

K&R Day Trucking
C/o JSG Cash Flow Management, Inc.
P.O. Box 238
Buffalo, NY 14217

Twin City Glass Corp.
856 Wurlitzer Drive
North Tonawanda, NY 14120

United Drywall
C/o Seth Hibbert, Esq.
800 Rand Building
Buffalo, NY 14203

Pariso Trucking
C/o Seth Hibbert, Esq.
800 Rand Building
Buffalo, NY 14203

L.A. Hazard
C/o Seth Hibbert, Esq.
800 Rand Building
Buffalo, NY 14203

Keybank National
C/o Weltman, Weinberg, et al.
323 W. Lakeside Avenue, Suite 200
Cleveland, OH 44113-1099

Nextel Partners, Inc.
C/o AWA Collections
P.O. Box 6605
Orange, CA 92863-6605